## IN RE KAPPENMANN'S ESTATE

(135 N.W.2d 228)

(File No. 10206. Opinion filed May 13, 1965)

**John W. Smith,** Eureka, for plaintiff and appellant.

**Mike Ronayne,** Aberdeen, for defendant and respondent.

PER CURIAM:  The record in the above entitled action not having been settled within the time provided by SDC 1960 Supp. 33.0741, the appeal is deemed abandoned. The appeal is therefore dismissed and the judgment affirmed.